NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESSE LEAHY,                          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-3397
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Jesse Leahy, pro se.


PER CURIAM.


          Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.